FILED

JAN 1 6 2026

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

                Plaintiff,

           vs.

Intellipeak Solutions, Inc.(3),

                Defendant.

CASE NO. 23CR2282-TWR

**JUDGMENT OF DISMISSAL**

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

__X__ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty; of

__X__ the offense(s) as charged in the Indictment/Information:

     18:371; 18:981(a)(1)(C), 28:2461(c) - Conspiracy; Criminal Forfeiture

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/16/2026

Hon. Todd W. Robinson
U.S. District Judge